■ In the Matter of ZACKORY R., Appellant. MONROE COUNTY ATTORNEY, Respondent. [896 NYS2d 276]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered April 17, 2009 in a proceeding pursuant to Family Court Act article 3. The order adjudicated respondent a juvenile delinquent and imposed a period of probation.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs. Present—Centra, J.P., Peradotto, Lindley, Green and Gorski, JJ.

■ In the Matter of DANIEL S. BLIXT, Respondent, v HILARY J. BLIXT, Appellant. [895 NYS2d 919]—Appeal from an order of the Family Court, Chautauqua County (Michael F. Griffith, J.), entered June 5, 2008 in a proceeding pursuant to Family Court Act article 6. The order, among other things, awarded sole custody of the parties' children to petitioner.

It is hereby ordered that the order so appealed from is unanimously affirmed without costs for reasons stated in the report of the Referee at Family Court. Present—Centra, J.P., Peradotto, Lindley, Green and Gorski, JJ.